UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| | |
|---|---|
| JUDITH GOSMAN, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>EXPERIAN INFORMATION )<br>SOLUTIONS, INC., and VILLAGE )<br>CAPITAL & INVESTMENT, LLC, )<br>)<br>Defendants. ) | Civil Action No. 1:18-cv-3916-JPH-MJD |

### VILLAGE CAPITAL & INVESTMENT, LLC'S CORPORATE DISCLOSURE STATEMENT

The Defendant, Village Capital & Investment, LLC ("Village Capital) by and through its attorney of record, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, states the following:

1. Village Capital does not have any parent corporation.

2. No publicly held company owns ten percent (10%) or more of Village Capital's stock.

Dated: January 14, 2019

                                                        Respectfully submitted,
                                                        FEIWELL & HANNOY, PC,

                                                        /s/LEANNE S. TITUS
                                                        LEANNE S. TITUS
                                                        Attorney No. 22552-49

Leanne Titus
Feiwell & Hannoy, P. C.
8415 Allison Pointe Boulevard, Suite 400
Indianapolis, IN 46250
ltitus@feiwellhannoy.com
317.237.2373

CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Corporate Disclosure Statement has been filed with the Clerk of the Court on January 14, 2019, using the CM/ECF system which sent notification of this filing to counsel of record.

Travis W. Cohron
CLARK QUINN MOSES SCOTT & GRAHN LLP
320 North Meridian Street, Suite 1100
Indianapolis, IN 46204
tcohron@clarkquinnlaw.com

Leah Lewis Seigel
BARNES & THORNBURG, LLP (Indianapolis)
11 South Meridian street
Indianapolis, IN 46204
317-233-8681
Email: leah.seigel@btlaw.com

Todd A. Dixon
BARNES & THORNBURG, LLP (Indianapolis)
11 South Meridian street
Indianapolis, IN 46204
Email: tdixon@btlaw.com

/s/LEANNE S. TITUS
LEANNE S. TITUS